UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DONNA L. EGERSTAFFER,

                Plaintiff,

vs.                                                     Case No: 09-CV-616

BLUEGREEN CORPORATION,
d/b/a CHRISTMAS MOUNTAIN,

                Defendant.

---

## JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41

---

NOW COMES Plaintiff, Donna L. Egerstaffer, by her attorney, Peter J. Fox, and Defendant Bluegreen Corporation, by its attorneys, Melli Law, S.C., by Douglas E. Witte, and pursuant to Rule 41 Fed. R. Civ. P., hereby jointly stipulate to dismissal of the above-captioned Complaint with prejudice and without costs or attorney fees to any party.

Dated this 13th day of October, 2010.

s/Peter J. Fox
Peter J. Fox, Esq.
State Bar No. 1037925
Fox & Fox, S.C.
124 W. Broadway
Monona, WI 53716
(608) 258-9588
Attorney for Plaintiff

s/Douglas E. Witte
Douglas E. Witte
State Bar No. 1016427
Melli Law, S.C.
Ten East Doty Street, Suite 900
P.O. Box 1664
Madison, WI 53701-1664
(608) 257-4812
Attorneys for Defendant

## ORDER

Based on the aforestated Stipulation of the parties, the Complaint in this matter is hereby dismissed with prejudice and without costs.

Dated this __19th__ day of __October__, 2010.

BY THE COURT:

_____
Honorable William M. Conley
District Court Judge